IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

FELTON BERNARD GREEN,

        Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

        Respondent.
_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3487

Opinion filed September 13, 2016.

Petition for Writ of Mandamus -- Original Jurisdiction.

Felton Bernard Green, pro se, Petitioner.

Rana Wallace, General Counsel, Florida Commission on Offender Review, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of mandamus is denied on the merits.

RAY, KELSEY, and WINOKUR, JJ., CONCUR.